# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SHERYL L. BOSACKI  
1511 E. 25TH STREET, # 5  
STERLING, IL  61081  

SSN-xxx-xx-1911

Case Number: 05-70330

Case filed on: 1/31/2005  
Plan Confirmed on: 4/1/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $16,590.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY CONRAD J KNUTH | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | SHERYL L. BOSACKI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | WELLS FARGO AUTO FINANCE | 7,237.00 | 7,237.00 | 7,237.00 | 659.38 |
| 017 | TERRI SCHMIDT | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WELLS FARGO FINANCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 7,237.00 | 7,237.00 | 7,237.00 | 659.38 |
| 001 | WELLS FARGO AUTO FINANCE | 5,389.19 | 5,389.19 | 2,642.78 | 0.00 |
| 002 | ADVANCE AMERICA STERLING | 576.00 | 576.00 | 282.46 | 0.00 |
| 003 | AMERICASH LOANS LLC | 260.25 | 260.25 | 127.62 | 0.00 |
| 004 | CAPITAL ONE | 935.38 | 935.38 | 458.69 | 0.00 |
| 005 | CGH MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CHECK INTO CASH INC | 432.00 | 432.00 | 211.84 | 0.00 |
| 007 | COMED CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | COTTONWOOD FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROUNDUP FUNDING LLC | 813.38 | 813.38 | 398.87 | 0.00 |
| 010 | H&R ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ILLINI CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ILLINOIS AMERICAN WATER | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | MERRICK BANK | 1,152.67 | 1,152.67 | 565.25 | 0.00 |
| 014 | ROCK RIVER HEALTH, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | SBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | STERLING ROCK FALLS CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 390.82 | 390.82 | 191.66 | 0.00 |
| 020 | CAPITAL ONE | 1,112.14 | 1,112.14 | 545.37 | 0.00 |
|  | Total Unsecured | 11,061.83 | 11,061.83 | 5,424.54 | 0.00 |
|  | Grand Total: | 20,498.83 | 20,498.83 | 14,861.54 | 659.38 |

Total Paid Claimant:    $15,520.92  
Trustee Allowance:      $1,069.08  
Percent Paid Unsecured:     49.04

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan